**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGHTY ENTERPRISES, INC., | Case No. CV 21-2303 PA (AFMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| SHE HONG INDUSTRIAL CO. LTD; WISDOM PRECISION MACHINING TRADING CO. LTD.; ANDREW CHEN; ZHIYO CHEN; SEAWAY MACHINE TOOL CO. INC.; GEROTECH, INC.; CLEAN POWER TECHNOLOGIES CORPORATION; QUALITY MACHINERY SYSTEMS, INC.; FERRO TECHNIQUE LTD.; and DOES 1 through 100, | |
| Defendants. | |

In accordance with the Court's March 16, 2021 Minute Order dismissing the action filed by plaintiff MIGHTY ENTERPRISES, INC. ("Plaintiff") for lack of subject matter jurisdiction, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed without prejudice.

DATED: March 16, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE